CHAPTER 13 TRUSTEE • JAN M. SENSENICH • 399 KNOLLWOOD RD. • WHITE PLAINS, N.Y. 10603

| DEBTOR AND ACCOUNT NUMBER | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|
| 00-05-10042 ALICE M. BOYER ① | 11.59 | 0.00 | 0.00 |
| UNCLAIMED FUNDS | | Claim #011 | |
| 00-05-12268 MARTIN H. & KATHALEEN M. MARTELL ② | 4.23 | 0.00 | 0.00 |
| UNCLAIMED FUNDS | | Claim #007 | |
| Totals: | 15.82 | 0.00 | |

(LAST ADRESSES):

① ALICE M BOYER
P.O. BOX 206
JEFFERSONVILLE, VT 05464

② MARTIN & KATHALEEN MARTELL
2782 SOUTH STREET
NEW HAVEN, VT 05472